# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CATHERINE GUARNIERI, | : | No. 458 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| GUARDIAN WARRANTY CORPORATION | : | |
| AND CIVC PARTNERS, LP D/B/A | : | |
| GUARDIAN WARRANTY CORP., | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.